UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKS & UTRECHT, P.C., | No. C 10-1739 BZ |
| Plaintiff(s), | **REFERRAL TO ADR** |
| v. | |
| LATRELL SPREWELL, | |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that this case is referred to the ADR Department to conduct a mediation within **30 days**. **IT IS FURTHER ORDERED** that this matter is **STAYED** pending the completion of the mediation.

Dated: August 31, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ZACKS & UTRECH V. SPREWELL\ORDER REFERRING CASE TO ADR.wpd

1