UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACKS & UTRECHT, P.C.,

        Plaintiff(s),

v.

LATRELL SPREWELL,

        Defendant(s).

No. C 10-1739 BZ

**ORDER VACATING STAY**

It appearing that mediation was unsuccessful, **IT IS HEREBY ORDERED** that the stay entered **August 31, 2010,** is **VACATED**. If plaintiffs desire to obtain a default judgment, they shall schedule a hearing on any regular law and motion calendar **after February 3, 2011.**

Dated: December 10, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ZACKS & UTRECH V. SPREWELL\CAPTION.wpd

1