UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACKS & UTRECHT, P.C.,

       Plaintiff(s),

v.

LATRELL SPREWELL,

       Defendant(s).

No. C 10-1739 BZ

**ORDER ADVANCING TRIAL**

**IT IS HEREBY ORDERED** that the trial in this matter is advanced to **Monday, September 26, 2011 at 8:30 a.m.**, in **Courtroom C**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. All other dates in the Pretrial Scheduling Order (Docket No. 35) remain the same.

Dated: July 27, 2011

                              Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\ZACKS & UTRECH V. SPREWELL\ORDER ADVANCING TRIAL.wpd

1