UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKS & UTRECHT, P.C., | No. C 10-1739 BZ |
| Plaintiff(s), | |
| v. | **ORDER RE PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW** |
| LATRELL SPREWELL, | |
| Defendant(s). | |

The parties have informed the Court that they have agreed to a bench trial. **IT IS THEREFORE ORDERED** that each party shall file for the Court a proposed findings of facts and conclusions of law by **September 2, 2011.**

Dated: August 25, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ZACKS & UTRECH V. SPREWELL\ORDER RE PROPOSED FINDINGS.wpd

1