UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKS & UTRECHT, P.C., <br><br> Plaintiff(s), <br><br> v. <br><br> LATRELL SPREWELL, <br><br> Defendant(s). | No. C 10-1739 BZ <br><br> **FINAL PRETRIAL ORDER** |

A Pretrial Conference was held on September 13, 2011. Plaintiff was represented by Paul Utrecht, Esq. and defendant was represented by Vernon Goins, Esq. This Order shall control the subsequent conduct of the case and be modified only to prevent manifest injustice. See Fed. R. Civ. P. 16(e). **IT IS THEREFORE ORDERED** as follows:

 1. A Bench Trial will begin on Monday, **September 26, 2011 at 10:00 a.m.,** in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

1

1    2.  The only witnesses will be Paul Utrecht and Latrell
2  Sprewell.  Mr. Utrecht is granted leave to submit his direct
3  testimony by declaration filed on or before **September 22,**
4  **2011.**  If Mr. Sprewell wishes, he may also submit his direct
5  testimony by declaration filed on or before **September 22,**
6  **2011.**
7    3.  If the parties mutually agree, they may waive cross-
8  examination, subject to further order should I conclude that
9  cross-examination is necessary to resolve any contested issue.
10   4.  The parties stipulated that Mr. Utrecht's bills were
11 prepared in the ordinary course of business and in accordance
12 with his customary billing procedures.  The reasonableness of
13 the bills remains in dispute.
14   5.  Any party who desires a transcript of the trial must
15 make arrangements with the court reporter.  Any party who
16 needs an interpreter or audio or visual equipment shall make
17 its own arrangements for same and clear all such equipment
18 with court security personnel.
19   6.  The parties are instructed to notify the Court
20 immediately if this action should settle before the
21 commencement of trial.
22 Dated: September 14, 2011

                                  Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\ZACKS & UTRECH V. SPREWELL\FINAL PRETRIAL ORDER.wpd