UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKS & UTRECHT, P.C., | No. C 10-1739 BZ |
| Plaintiff(s), | |
| v. | **FINAL PRETRIAL ORDER** |
| LATRELL SPREWELL, | |
| Defendant(s). | |

A Pretrial Conference was held on September 13, 2011. Plaintiff was represented by Paul Utrecht, Esq. and defendant was represented by Vernon Goins, Esq.  This Order shall control the subsequent conduct of the case and be modified only to prevent manifest injustice.  See Fed. R. Civ. P. 16(e).  **IT IS THEREFORE ORDERED** as follows:

   1.   A Bench Trial will begin on Monday, **September 26, 2011 at 10:00 a.m.,** in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

1

2. The only witnesses will be Paul Utrecht and Latrell Sprewell. Mr. Utrecht is granted leave to submit his direct testimony by declaration filed on or before **September 22, 2011.** If Mr. Sprewell wishes, he may also submit his direct testimony by declaration filed on or before **September 22, 2011**.

3. If the parties mutually agree, they may waive cross-examination, subject to further order should I conclude that cross-examination is necessary to resolve any contested issue.

4. The parties stipulated that Mr. Utrecht's bills were prepared in the ordinary course of business and in accordance with his customary billing procedures. The reasonableness of the bills remains in dispute.

5. Any party who desires a transcript of the trial must make arrangements with the court reporter. Any party who needs an interpreter or audio or visual equipment shall make its own arrangements for same and clear all such equipment with court security personnel.

6. The parties are instructed to notify the Court immediately if this action should settle before the commencement of trial.

Dated: September 14, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ZACKS & UTRECH V. SPREWELL\FINAL PRETRIAL ORDER.wpd