UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ZACKS & UTRECHT, P.C.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>LATRELL SPREWELL,<br><br>　　　　Defendant(s). | No. C 10-1739 BZ<br><br>**JUDGMENT** |

This action came on for trial before the Court on September 26, 2011. The issues having been duly tried and Findings of Fact and Conclusions of Law having been duly rendered, **IT IS ORDERED, ADJUDGED** and **DECREED** that plaintiff, Zacks & Utrecht, P.C., is entitled to judgment in the amount of $92,649.21, with prejudgment interest at the rate of 7% per annum, and postjudgment interest and costs as permitted by law.

Dated: October 19, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ZACKS & UTRECH V. SPREWELL\CAPTION.wpd

1