PAUL F. UTRECHT (SBN 118658)
ANTHONY C. SOLDATO (SBN 260794)
ZACKS & UTRECHT, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
(415) 956-8100

Attorneys for Plaintiff
ZACKS & UTRECHT, P.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKS & UTRECHT, P.C., <br><br> Plaintiff, <br><br> v. <br><br> LATRELL SPREWELL <br><br> Defendant. | CASE NO. C10-01739BZ <br><br> [PROPOSED] **AMENDED JUDGMENT** <br><br> Date: _____ <br> Time: 10:00 a.m. <br> Dept: _____ <br><br> Honorable Bernard Zimmerman |

This action came on for trial before the Court on September 26, 2011. The issues having been duly tried and Findings of Fact and Conclusions of Law having been duly rendered, **IT IS ORDERED, ADJUDGED** and **DECREED** that plaintiff, Zacks & Utrecht, P.C., is entitled to judgment in the amount of $92,649.21, plus prejudgment interest in the amount of $30,564.96, and postjudgment interest and costs as permitted by law. No objection was received to the proposed amendment.

Dated: November 29, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

---

1
[PROPOSED] AMENDED JUDGMENT-C10-01739BZ