1  PAUL F. UTRECHT (SBN 118658)
   ANTHONY C. SOLDATO (SBN 260794)
2  ZACKS & UTRECHT, P.C.
   235 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   (415) 956-8100
4
   Attorneys for Plaintiff
5  ZACKS & UTRECHT, P.C.

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  ZACKS & UTRECHT, P.C.,            CASE NO. C10-01739BZ

10                Plaintiff,          [PROPOSED] AMENDED
                                      JUDGMENT
11         v.

12 LATRELL SPREWELL                   Date:
                                      Time:           10:00 a.m.
13                Defendant.          Dept:

14                                    Honorable Bernard ~~Brandon~~ Zimmerman

15

16     This action came on for trial before the Court on September 26, 2011. The issues having

17 been duly tried and Findings of Fact and Conclusions of Law having been duly rendered, **IT IS**

18 **ORDERED, ADJUDGED** and **DECREED** that plaintiff, Zacks & Utrecht, P.C., is entitled to

19 judgment in the amount of $92,649.21, plus prejudgment interest in the amount of $30,564.96,

20 and postjudgment interest and costs as permitted by law.  No objection was received to the

21 proposed amendment.

22 Dated: November 29, 2011

23                                    _____
                                      Bernard Zimmerman
24                                    United States Magistrate Judge

ZACKS & UTRECHT, P.C.
235 MONTGOMERY STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94104